**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1877**

---

JEFFREY LYNN ROBERTS,

       Plaintiff - Appellant,

    v.

DAYMARK RECOVERY SERVICES, INC.; GRANVILLE COUNTY SHERIFF'S DEPARTMENT,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-cv-00246-D-RJ)

---

Submitted:  December 14, 2023                    Decided:  December 18, 2023

---

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey Lynn Roberts, Appellant Pro Se.  Laura Gregory Brook, HALL BOOTH SMITH, PC, Charlotte, North Carolina; James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery Lynn Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Roberts v. Daymark Recovery Services, Inc.*, No. 5:23-cv-00246-D-RJ (E.D.N.C. Aug. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*